UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:19-cv-02419-JVS-KES |
| Petitioner, | Order To Show Cause |
| v. | |
| ALAN VU, | |
| Respondent. | |

Based upon the Petition to Enforce Internal Revenue Service Summonses, Memorandum of Points and Authorities, and supporting Declarations, the Court finds that Petitioner United States of America has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summonses. *See* <u>United States v. Powell</u>, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS THEREFORE ORDERED** that Respondent appear before the United States District Court for the Central District of California at the following date, time, and address, to show cause why the testimony and documents demanded in the subject IRS summonses should not be compelled:

Date: February 3, 2020
Time: 8:30 a.m.
Courtroom: 10C
Address: ☐ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California 92701

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent by (a) personal delivery, (b) leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declarations.

Service may be effected by any employee of the IRS or the United States Attorney's Office for the Central District of California.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this order, Respondent files a response with the Court stating

that Respondent does not oppose the relief sought in the Petition or wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

Dated:  December 20, 2019

HON. JAMES V. SELNA

UNITED STATES DISTRICT JUDGE